## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Allegheny County Airport Authority, | : | |
| Appellant | : | |
| | : | |
| v. | : | No. 117 C.D. 2023 |
| | : | |
| Mark Belko and The Pittsburgh | : | |
| Post-Gazette | : | |

**PER CURIAM**                    **O R D E R**


NOW, November 20, 2023, having considered Appellant's application for reargument and Appellees' answer in response thereto, the application is DENIED.